. In the Matter of Proving the Last Will and Testament of Frank V. Burton, Deceased, as a Will of Real and Personal Property.　Claire Louise Burton, Appellant; J. Howes Burton and Others, Respondents.　(Appeal No. 1.) — Order of the Surrogate's Court of Orange county denying appellant's motion for an order requiring respondents to deliver over certain letters and papers affirmed, with ten dollars costs and disbursements.　No opinion.　Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of Proving the Last Will and Testament of Frank V. Burton, Deceased, as a Will of Real and Personal Property.　Claire Louise Burton, Appellant; J. Howes Burton and Others, Respondents.　(Appeal No. 2.) — Order of the Surrogate's Court of Orange county denying appellant's motion to compel deposit of book reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.　Under the Civil Practice Act and Rules of Civil Practice, discovery and inspection of books and documents may now be permitted as justice requires, provided they relate to the merits of the controversy.　(*Bell* v. *Gilbert Paper Co.*, 117 Misc. Rep. 610; affd., 201 App. Div. 867.)　Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of Proving the Last Will and Testament of Frank V. Burton, Deceased, as a Will of Real and Personal Property.　Claire Louise Burton, Appellant; J. Howes Burton and Others, Respondents.　(Appeal No. 3.) — Order of the Surrogate's Court of Orange county denying appellant's motion for an order precluding respondents from offering in evidence certain letters and papers affirmed, with ten dollars costs and disbursements.　No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of William R. Cochran, Petitioner, for a Certiorari Order against James C. Cropsey, Justice of the Supreme Court of the Second Judicial District of the State of New York and of the Special Term of the Supreme Court, Nassau County, New York, and Others, Respondents. In the Matter of the Proceedings to Punish William R. Cochran for Criminal Contempt of Court.— Proceeding under certiorari order dismissed, and order adjudging petitioner in criminal contempt affirmed.　Stay contained in certiorari order vacated, and petitioner remanded to the custody of the sheriff of Nassau county.　(*People ex rel. Nunns* v. *County Court*, 188 App. Div. 424.)　Blackmar, P. J., Manning, Kelby and Young, JJ., concur; Kelly, J., dissents upon the ground that the proceeding against the relator was in violation of the Civil Rights Law (Consol. Laws, chap. 6 [Laws of 1909, chap. 14], § 14).

In the Matter of the Application of William J. Driscoll, Petitioner, for a Certiorari Order against James C. Cropsey, Justice of the Supreme Court of the Second Judicial District of the State of New York and of the Special Term of the Supreme Court, Nassau County, New York, and Others, Respondents. In the Matter of the Proceedings to Punish William J. Driscoll for Criminal Contempt of Court.— Proceeding under certiorari order dismissed, and order adjudging petitioner in criminal contempt affirmed.　Stay contained in certiorari